THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BURBERRY LIMITED, a foreign for profit corporation doing business as BURBERRY; and DOES 1 through 20,<br><br>  Defendant. | Case No.  2:23-cv-01736-BJR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT AND ORDER** |

Plaintiff Jacob Atkinson and Defendant Burberry Limited ("Burberry") stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), Burberry's time to answer or otherwise respond to Plaintiff's Complaint shall be extended by 30 days to December 20, 2023.

To the extent Burberry files a dispositive motion in response to Plaintiff's Complaint, the parties agree to enter into a briefing schedule regarding same.

Accordingly, both parties respectfully request that the Court enter an order extending the time for Burberry to answer or otherwise respond to the Complaint to December 20, 2023.

IT IS SO STIPULATED by and between the parties.

DATED November 20, 2023

| | |
|---|---|
| STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT - 1<br><br>Case No.  2:23-cv-01736-JHC<br><br>9575886.1 | LANE POWELL PC<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>206.223.7000 Fax: 206.223.7107 |

| | |
|---|---|
| EMERY REEDY, PLLC | LANE POWELL PC |
| *s/Timothy W. Emery* | *s/Callie A. Castillo* |
| Timothy W. Emery, WSBA No. 34078 | Callie A. Castillo, WSBA No. 38214 |
| Patrick B. Reddy, WSBA No. 34092 | Dailey Koga, WSBA No. 58683 |
| Paul Capriani, WSBA No. 59991 | 1420 Fifth Avenue, Suite 4200 |
| 600 Steward Street, Suite 1100 | Seattle, WA  98101 |
| Seattle, WA  98101 | P: 206.223.7000 |
| P: 206.442.9106 | F: 206.223.7107 |
| F: 206.441.9711 | castilloc@lanepowell.com |
| emeryt@emeryreddy.com | kogad@lanepowell.com |
| reddyp@emeryreddy.com | |
| paul@emeryreddy.com | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| *Attorneys for Plaintiff Jacob Atkinson and the Class* | Ian Carleton Schaefer, *pro hac vice forthcoming* |
| | Katerina Mantell, *pro hac vice forthcoming* |
| | 30 Rockefeller Plaza |
| | New York, NY  10112 |
| | P: 212.653.8700 |
| | F: 212.653.8701 |
| | ischaefer@sheppardmullin.com |
| | kmantell@sheppardmullin.com |
| | |
| | *Attorneys for Defendant Burberry Limited* |

STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT - 2

Case No.  2:23-cv-01736-JHC

9575886.1

LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
206.223.7000 Fax: 206.223.7107

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Burberry to answer or otherwise respond to Plaintiff's Complaint shall be extended to December 20, 2023.

DATED this 21st day of November, 2023.

_____
Barbara J. Rothstein
United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT - 3

Case No. 2:23-cv-01736-JHC

LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
206.223.7000 Fax: 206.223.7107