THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>  v.<br><br>BURBERRY LIMITED, a foreign for profit corporation doing business as BURBERRY; and DOES 1 through 20,<br><br>                    Defendant. | Case No.  2:23-cv-01736-BJR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT AND DISCOVERY DEADLINES AND ORDER** |

Plaintiff Jacob Atkinson and Defendant Burberry Limited ("Burberry") respectfully, ask pursuant to Local Civil Rule 10(g), Local Civil Rule 7(d)(1), and this Court's Standing Order, for the Court to extend the upcoming pleading and discovery deadlines by 30 days to enable the parties additional time to explore a potential resolution of this action.  The parties have begun discussions in an attempt to resolve this matter without engaging in unnecessary litigation. Due to scheduling conflicts, the upcoming holidays, and internal approval processes, additional time is needed to continue the discussions. Both parties thus stipulate as follows:

Burberry's time to answer or otherwise respond to Plaintiff's Complaint shall be extended by an additional 30 days from the current deadline of December 20, 2023 through and including January 19, 2024.  To the extent Burberry files a dispositive motion in response to Plaintiff's

STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT AND ORDER - 1

Case No.  2:23-cv-01736-BJR

SMRH:4854-6802-0376.2

LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
206.223.7000 Fax: 206.223.7107

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York  10112
P: 212.653.8700
F: 212.653.8701

1  Complaint, the parties agree to enter into a briefing schedule regarding same.

2      The deadline for the parties to participate in an initial conference pursuant to Federal Rule of Civil Procedure 26(f) shall be extended from December 22, 2023 through and including January 22, 2024.

    The deadline for the parties to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be extended from December 29, 2023 through and including January 29, 2024.

    Accordingly, both parties respectfully request that the Court find good cause to enter an order extending the upcoming pleading and discovery deadlines as set forth in this Stipulation and the proposed Order below.

    IT IS SO STIPULATED by and between the parties.

    DATED:  December 21, 2023

| EMERY REDDY, PLLC | LANE POWELL P.C. |
|---|---|
| s/ *Timothy W. Emery* | s/ *Callie A. Castillo* |
| Timothy W. Emery, WSBA No. 34078<br>Patrick B. Reddy, WSBA No. 34092<br>Paul Capriani, WSBA No. 59991<br>600 Steward Street, Suite 1100<br>Seattle, WA  98101<br>P: 206.442.9106<br>emeryt@emeryreddy.com<br>reddyp@emeryreddy.com<br>paul@emeryreddy.com<br>*Attorneys for Plaintiff Jacob Atkinson and the Class* | Callie A. Castillo, WSBA No. 38214<br>Dailey Koga, WSBA No. 58683<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA  98101<br>P: 206.223.7000<br>castilloc@lanepowell.com<br>kogad@lanepowell.com<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Ian Carleton Schaefer, *pro hac vice forthcoming*<br>Katerina Mantell, *pro hac vice forthcoming*<br>30 Rockefeller Plaza<br>New York, NY  10112<br>P:  212.653.8700<br>ischaefer@sheppardmullin.com<br>kmantell@sheppardmullin.com<br>*Attorneys for Defendant Burberry Limited* |

STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT AND ORDER - 2

Case No.  2:23-cv-01736-BJR

SMRH:4854-6802-0376.2

LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
206.223.7000 Fax: 206.223.7107

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York  10112
P: 212.653.8700
F: 212.653.8701

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Burberry to answer or otherwise respond to Plaintiff's Complaint shall be extended from December 20, 2023 through and including January 19, 2024.

The deadline for the parties to participate in an initial conference pursuant to Federal Rule of Civil Procedure 26(f) shall be extended from December 22, 2023 through and including January 22, 2024.

The deadline for the parties to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be extended from December 29, 2023 through and including January 29, 2024.

DATED this 21st day of December, 2023.

*[signature]*

The Honorable Barbara J. Rothstein

STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT AND ORDER - 3

Case No. 2:23-cv-01736-BJR

SMRH:4854-6802-0376.2

LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
206.223.7000 Fax: 206.223.7107

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
P: 212.653.8700
F: 212.653.8701