THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BURBERRY LIMITED, a foreign for profit corporation doing business as BURBERRY; and DOES 1 through 20,<br><br>Defendant. | Case No.  2:23-cv-01736-BJR<br><br>**STIPULATED MOTION TO REMAND TO STATE COURT** |

Plaintiff Jacob Atkinson ("Plaintiff") and Defendant Burberry Limited ("Burberry"), by and through their undersigned counsel, respectfully request that this matter be remanded to state court for completion of a class wide settlement.  The parties have executed a CR2A Agreement, pursuant to which the parties have agreed to the remand as a settlement term.  This stipulation and motion will effectuate swift resolution of the matter.

IT IS SO STIPULATED by and between the parties.

DATED:  May 21, 2024

| | |
|---|---|
| EMERY REDDY, PLLC<br><br>/s/Timothy W. Emery<br>Timothy W. Emery, WSBA No. 34078<br>Patrick B. Reddy, WSBA No. 34092 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>/s/Ian Carleton Schaefer<br>Ian Carleton Schaefer, Esq.<br>Katerina Mantell, Esq. |

| | | |
|---|---|---|
| 1 | Paul Capriani, WSBA No. 59991 | SHEPPARD, MULLIN, RICHTER & |
| 2 | 600 Steward Street, Suite 1100 | HAMPTON LLP |
|   | Seattle, WA  98101 | 30 Rockefeller Plaza |
| 3 | P: 206.442.9106 | New York, NY  10112 |
|   | F: 206.441.9711 | P: 212.653.8700 |
| 4 | emeryt@emeryreddy.com | F: 212.653.8701 |
|   | reddyp@emeryreddy.com | ischaefer@sheppardmullin.com |
| 5 | paul@emeryreddy.com | kmantell@sheppardmullin.com |

*Attorneys for Plaintiff Jacob Atkinson and the Class*

Callie A. Castillo, WSBA No. 38214
Dailey Koga, WSBA No. 58683
1420 Fifth Avenue, Suite 4200
Seattle, WA  98101
P: 206.223.7000
F: 206.223.7107
castilloc@lanepowell.com
kogad@lanepowell.com

*Attorneys for Defendant Burberry Limited*

**ORDER**

THIS MATTER came before the Court on the Parties' Stipulated Motion to Remand to State Court.  Pursuant to the parties' fully executed CR2A Agreement, the parties have agreed to remand this matter to state court for completion of a class wide settlement, and this stipulation and motion will effectuate swift resolution of the matter.

Having considered the stipulation and motion herein, and being fully advised on the matter, the Court hereby GRANTS the Stipulated Motion to Remand to State Court.

DATED this 22nd day of      May     , 2024.

*[signature]*

The Honorable Barbara J. Rothstein
United States District Judge